# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

146130

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EARL FLYNN TRUSS, JR.,
      Plaintiff-Appellant,

v

OAKS CORRECTIONAL FACILITY
WARDEN and PAROLE BOARD,
      Defendant-Appellee.

SC:  146130
COA:  310468
Manistee CC:  11-014289-AH

_____/

On order of the Court, the application for leave to appeal the October 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____

Clerk

p0225